UNITED STATES, Appellee

v

ROBERT C. ALDRIDGE, Private,
U. S. Marine Corps, Appellant

18 USCMA 585, 40 CMR 297

No. 22,149

September 19, 1969

*Captain Frank A. Nelson*, JAGC, USN, and *Commander E. M. Fulton, Jr.*, JAGC, USN, were on the pleadings for Appellant, Accused.

*Colonel C. R. Larouche*, USMC, was on the pleadings for Appellee, United States.

### Opinion of the Court

DARDEN, Judge:

The law officer's inquiry in this case satisfies us that the accused's plea of guilty to the charge of absence without leave, in violation of Article 86, Uniform Code of Military Justice, 10 USC § 886, was providently entered. Cf. United States v Care, 18 USCMA 535, 40 CMR 247.

The decision of the board of review is affirmed.

Chief Judge QUINN concurs.

FERGUSON, Judge (dissenting):

I dissent for the reasons set forth in my separate opinion in United States v Care, 18 USCMA 535, 40 CMR 247. I would reverse the decision of the board of review and order a rehearing.